# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DEBORAH L. GALBREATH  
149 WINONA DRIVE  
MACHESNEY PARK, IL  61115

SSN-xxx-xx-6379

Case Number: 08-72208

Case filed on: 7/14/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,390.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PIERCE AND ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | T | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DEBORAH L. GALBREATH | 0.00 | 0.00 | 1,390.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,390.00 | 0.00 |
| 001 | GUARANTY BANK | 20,906.55 | 20,906.55 | 0.00 | 0.00 |
| 002 |  | 538.00 | 538.00 | 0.00 | 0.00 |
|  | Total Secured | 21,444.55 | 21,444.55 | 0.00 | 0.00 |
| 004 | ABA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIZENS FIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COUNTRYWIDE HOME LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 871.81 | 26.15 | 0.00 | 0.00 |
| 010 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 871.81 | 26.15 | 0.00 | 0.00 |
|  | Grand Total: | 22,316.36 | 21,470.70 | 1,390.00 | 0.00 |

Total Paid Claimant:  $1,390.00  
Trustee Allowance:  $0.00  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>        By  <u>/s/Heather M. Fagan</u>